AO 238 (Rev. 11/11) Arrest Warrant and Notice Before Arrest

1142315y

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAY 13 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| United States of America | | | |
|---|---|---|---|
| v. | | Violation Number(s)/Location Code(s) | Violation Date(s) |
| SUN, YONG | ) | 9337276       CA74 | 01/21/2022 |
| 19745 COLIMA RD APT 1212 | ) | Offense(s) | Amount Due |
| ROWLAND HEIGHTS, CA 91748 | ) | Child Restraint Requirements - CVC 27360(a)(b) | $530.00 |
| | ) | Case Number: | Original Court Date: |
| Defendant | ) | 1:22-PO-00050-SAB | 04/28/2022 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date: May 12, 2022

*Stanley A. Boone*
Judge's signature
Stanley A. Boone

### Return

| Received | Date: | Location: |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: | Location: |
|---|---|---|

Name: _____    Title: _____    District: _____

Date: _____    Signature: _____

Recalled 5/11/22